UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CRIMINAL NO. 03-80923

-vs-                                HONORABLE PAUL D. BORMAN

D-1 ANIL SHAH,

        Defendant.
_____/

## ORDER

AND NOW, this 29TH day of August, 2007, the within motion is granted and it is hereby ordered that Indictment Number 03-80923-01 against defendant Anil Shah be and same is dismissed.

    IT IS SO ORDERED.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 29, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 29, 2007.

                                      s/Denise Goodine
                                      Case Manager